IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORISEE LOVE WILLIAMS, ) | |
|     Petitioner, ) | |
|         v. ) | Civil Action No. 11-713 |
| DEBRA K. SAUERS, et al., ) | |
|     Respondents. ) | |

O R D E R

AND NOW, this 6th day of September 2011, after a petition for a writ of habeas corpus was filed by the petitioner, Morisee Love Williams, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was accorded an opportunity to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

    IT IS ORDERED that the petition of Morisee Love Williams for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, because reasonable jurists could not conclude that a basis for appeal exists.

    IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

                                      s/ Arthur J. Schwab
                                      Arthur J. Schwab
                                      United States District Judge

cc:    All Registered ECF Counsel and Parties

       Morisee Love Williams, JH-9759
       SCI Forest, FB-2053
       P.O. Box 945
       Marienville, PA 16239